NOV 1 8 2008

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| ROBERT WARREN | CIVIL ACTION NO. 07-1035-A |
|---|---|
| -vs- | JUDGE DRELL |
| WARDEN WILKINSON, et al. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

The Report and Recommendation having been presented on November 17, 2008, and for the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's civil rights complaint be and is hereby **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

SIGNED on this 19th day of November, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE